## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JEREMY PINSON,

     Plaintiff,

v.                                    No. 1:21-cv-00185-KWR-JHR

FEDERAL BUREAU OF PRISONS,
FNU LNU LIEUTENANT,

     Defendants.

### ORDER DIRECTING ISSUANCE OF NOTICE
### AND WAIVER OF SERVICE FORMS

**THIS MATTER** is before the Court on Plaintiff Jeremy Pinson's *pro se* Prisoner Civil

Rights Complaint (Doc. 1) (the "Complaint"). Plaintiff is a federal prisoner in the custody of the

Federal Bureau of Prisons (the "BOP"). In the Complaint he seeks to sue the BOP and an unknown

lieutenant (the "Lieutenant") for an alleged violation of his Eighth Amendment rights.

Specifically, Plaintiff alleges that when BOP transported him by bus from USP Victorville (in

California) to FOI La Tuna (in Texas), he was subjected to inhumane treatment. (Doc. 1 at 12).

Among other things, Plaintiff alleges that he was continuously held in restraints that compressed

his wrists to the point of nerve damage. (Id. at 5, 12). He alleges that during a stop in New Mexico,

he asked the Lieutenant to loosen the restraints and to take him to a hospital to treat his injured

hands, but the Lieutenant refused. (Id. at 12).

Having reviewed the Complaint *sua sponte* under 28 U.S.C. § 1915(e) and Fed. R. Civ. P.

12(b)(6), the Court finds the claims must be resolved on a full record and after a *Martinez*

investigation. The Court will give the Defendants an opportunity to waive formal service

requirements before ordering personal service by the U.S. Marshals.  The costs of service may be imposed on any Defendant if the Court finds that they declined to waive personal service without good cause.

For the purpose of effecting service, Plaintiff has provided the following description of the Lieutenant: he was a Caucasian male with facial hair who placed Plaintiff on the bus at USP Victorville on or about December 14, 2020, for transportation to La Tuna that ended on or about December 16, 2020. (Doc. 1 at 5; Doc. 10 at 3). To the extent this description proves insufficient to effect service, the Court may require Plaintiff to provide further identifying information. Alternatively, limited discovery may be permitted.

**IT IS ORDERED** that the Clerk's Office **SHALL ISSUE** Notice and Waiver of Service Forms, along with a copy of the Complaint (**Doc. 1**) on the Defendants at the addresses listed on page 2 of Doc. 1.

**IT IS SO ORDERED.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**