Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

_____ Division

Jeremy Pinson #16267-064 )
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
)
Fed. Bureau of Prisons, et al. )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. 21-CV-185 KWR/JHR

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

<u>Federal Rules of Civil Procedure 5.2</u> addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jeremy Pinson |
| All other names by which you have been known: | Grace |
| ID Number | 16267-064 |
| Current Institution | USP Tucson |
| Address | PO Box 24550 |
| | Tucson                AZ           85734 |
| | *City*              *State*        *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Federal Bureau of Prisons |
| Job or Title *(if known)* | N/A |
| Shield Number | N/A |
| Employer | N/A |
| Address | 320 First Street N.W. |
| | Washington          D.C.        20534 |
| | *City*              *State*        *Zip Code* |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Unknown Name #1 |
| Job or Title *(if known)* | Lieutenant |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons |
| Address | FCC Victorville |
| | Adelanto          CA        Unknown |
| | *City*              *State*        *Zip Code* |

☑ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name Felipe Martinez Jr.

Job or Title *(if known)* Warden

Shield Number N/A

Employer Federal Bureau of Prisons

Address FCC Victorville

Adelanto                    CA
City                    State                    Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name Gene Beasely

Job or Title *(if known)* Regional Director

Shield Number N/A

Employer Federal Bureau of Prisons

Address 7338 Shoreline Drive

Stockton          CA      95219
City                    State                    Zip Code

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

Also: 28 U.S.C. 1331, 1332, 2201-02

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Eighth and First Amendment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They acted in the commission of their duties as employees of the Federal Bureau of Prisons

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

While Serving a Sentence of imprisonment in the custody of defendant Federal Bureau of Prisons (Cont'd. on Page 12)

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

12-14 to 12-16, 2020

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(Continued on Page 12)

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pain, severe swelling of hands, nerve damage, discoloration of hands, dehydration, dizziness, symptoms of Covid-19, hunger pains, headache, nausea

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Award damages in an amount to be proven at trial against Unknown Named Lt., Martinez and Beasley;

2. Issue an injunction permanently enjoining BOP from continuing to transport plaintiff in the manner she was transported on 12-14 to 12-16, 2020.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No   Requested but was never supplied forms

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No   Sent request for forms but never got them

E.   If you did file a grievance:

1.   Where did you file the grievance?

USP Coleman II

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Dont have my legal property, Im ineligible under 28 USC 1915(g) to proceed IFP.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes (Some facts, yes, some facts, no)

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Pinson

Defendant(s)    Carvajal

2.    Court *(if federal court, name the district; if state court, name the county and State)*

9th Cir. No. 21-55175

3.    Docket or index number

4.    Name of Judge assigned to your case

Unk.

5.    Approximate date of filing lawsuit

2020

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Counsel Appointed in 2241 action (habeas) Oral Arguments pending

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

*Not available, don't have my property, but its in the hundreds*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under <u>Federal Rule of Civil Procedure 11</u>, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-16-2022

Signature of Plaintiff

Printed Name of Plaintiff    Jeremy Pinson

Prison Identification #    16267-064

Prison Address    USP Tucson    PO Box 24550

Tucson    AZ    85734

                                     *City*             *State*      *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

                                     *City*             *State*      *Zip Code*

Telephone Number    _____

E-mail Address    _____

the plaintiff filed a civil lawsuit regarding conditions of confinement that failed to protect her from Covid-19 and sought a preliminary injunction. When a federal Judge in that case ruled plaintiff met her burden for a preliminary injunction and set an evidentiary hearing (see Doc. 88 in Pinson v. Othon et al., No. 20-cv-00169-RM (D.Ariz.)) a series of events began that served as a nightmarish experience for plaintiff as defendants repeatedly endangered her life for malicious purposes. First, at USP Tucson plaintiff was put in a van by herself on 12-4-2020 and driven to USP Victorville at the direction of defendant Beasley and acting- USP Tucson Warden Michael Segal. Once at Victorville plaintiff was put in solitary confinement from 1359 hrs. on 12-4-20 until 2019 hrs. on 12-14-2020. In the days prior to her departure from Victorville defendants Martinez, Hagge and Gutierrez repeatedly stated to the plaintiff "we got a special trip planned for you, good old fashion diesel therapy" and equivelant statements. On the night of 12-14-20, at the direction of Gutierrez, an "Inmate Intra-System Transfer" was provided to a white, middle aged Lieutenant with facial hair, that noted plaintiff suffered from - inter alia - "nerve pain, neuralgia neuritis, radiculitis" (Ex. A, at 1) listed her medications "required for transport" (id. at 2) and noted she was pending surgery for "carpal tunnel syndrome with thenar atrophy" (id. at 3) alerting transport staff to her medical needs. The document indicated she was being transported to FCC Thomson, IL which houses the BOP's Special Management Unit for discipline and management "problem inmates". Once on the bus plaintiff

complained to the bus Lieutenant and Officers that the restraints were too tight and painfully compressing her injured left-wrist causing severe pain. The Lieutenant screamed "Get back in your fucking Seat" at the plaintiff. Plaintiff, who feared being shot or pepper sprayed, complied. At a stop in New Mexico, plaintiff again complained to the Lieutenant and showed him her hands which were swollen and purplish. Plaintiff complained of the lack of water, food, and her own prescribed medications. Plaintiff complained of a lack of opportunity to defecate or urinate. Plaintiff pled for soft-restraints and to be taken to a hospital as her hands were numb and her fingers stiff. The Lieutenant stated "you aint going to no hospital, sit down". When plaintiff reiterated her plea upon her arrival to FCI La Tuna, Texas when she was put on a new bus the new Lieutenant stated "you put them lawsuits in and pissed-em off way higher than my pay grade, deal with it". The plaintiff remained in transit until 0042 hrs. on 12-16-2020. During the bus trip plaintiff, who is obese and had multiple Covid-19 comorbidities under then CDC Guidelines was denied a face mask, social distancing (all seats on the bus were full) or any PPE, with Beasley, Martinez, Hagge and Gutierrez well aware of the Othon injunction hearing and the Declaration days earlier of a State of Emergency by Governor Gavin Newsome of

13

California when they approved the occupancy and conditions of the bus that would transport plaintiff from California to Oklahoma, non-stop - through Arizona, New Mexico, and Texas. Plaintiff endured severe pain, humiliation and discomfort. Her hands have been noticeablely more painful since the trip due to increased nerve damage. Plaintiff was so severely distressed during the trip she experienced despair, holplessness and suicidal ideation. Plaintiff continues to be transported by Gutierrez and BOP in this manner of so-called "diesel therapy" as are many other BOP litigants, in the manner occurring in the desert of New Mexico on 12-15-20.

14

Defendants, Continued:

Defendant No. 5:

    Name    :    M. Gutierrez

    Employer:    Federal Bureau of Prisons

    Address :    (Formerly USP Victorville), Currently

                 9300 S. Wilmot Rd

                 Tucson   AZ   85706

Defendant No. 6:

    Name:    M. Hagge

    Employer:    Federal Bureau of Prisons

    Title:    Lieutenant

    Address:    USP Victorville

                 13777 Air Expressway Blvd.

                 Victorville, CA, 92394

15

## Bureau of Prisons
## Health Services
## Inmate  Intra-system Transfer

Reg #:  16267-064                    Inmate Name:  PINSON, JEREMY VAUGHN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance:  Yes

Last PPD Date: 06/10/2020                                    Induration: 0mm
Last Chest X-Ray Date:                                          Results:
TB Treatment:                                        Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To:  TOM                           Transfer Date: 12/15/2020

Health Problems

| Health Problem | Status |
|---|---|
| Transgender, validated male to female<br>Hx: Started Estradiol in December 2015<br>Started on Progesterone in January 2016, switched to Spironolactone in March 2016 | Current |
| Ocular hypertension<br>OU.  Elevated IOP OD>OS with small C/D ratios and unremarkable visual field results OU. | Current |
| Regular astigmatism<br>OD=OS. | Current |
| Nerve pain, neuralgia neuritis,  radiculitis<br>left radial to the hand | Current |
| Vitamin B deficiency<br>low B12 | Current |
| Vitamin D deficiency | Current |
| Other Specified Anxiety Disorder | Current |
| Antisocial Personality Disorder | Current |
| Other Specified Personality Disorder<br>With Mixed Cluster B Features/Traits | Current |
| Gender Dysphoria In Adolescents And Adults | Current |
| Mental disorder, not otherwise specified<br>Suicidal attempt with multiple cutting | Current |
| Allergic rhinitis | Current |
| Disturbances in tooth eruption<br>pericoronitis on distal of #32 | Current |
| Gingival recession | Current |
| Irritable bowel syndrme | Current |
| Constipation, unspecified | Current |
| Neuralgia and neuritis, unspecified | Current |
| Pain in unspecified foot<br>left heel tenderness | Current |
| Head, Contusion | Current |
| Fracture, Facial Bones<br>deformed nose; probably fracture | Current |
| Injury, Eye/Orbit Injury | Current |
| Concussion without loss of consciousness<br>question of brief LOC not clear | Current |
| Injury, face (unspecified)<br>contusions | Current |
| Sprain of ligaments of thoracic spine<br>mild, left sided | Current |

Generated 12/12/2020 16:57 by Blier, Normand RN          Bureau of Prisons - VIM                          Page 1 of  4

Reg #:   16267-064                    Inmate Name:   PINSON, JEREMY VAUGHN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

| Health Problem | Status |
|---|---|
| Sprain of knee <br>    left, mild | Current |
| Other bodily force, Assault by | Current |
| Other bodily force, Assault by | Current |
| Cell of prison as place of injury/occurrence <br>    per inmate, fell getting out of upper bunk 2 days ago | Current |
| Encounter for general adult medical exam without abnormal findings | Current |
| Coronavirus COVID-19 test negative <br>    10-23-20,11-5-20, 11/12/20, 11-20-20, 11-30-20 | Current |
| Encounter for exam and observation following alleged adult rape [PREA Exam] <br>    no apparent injury; no abnormal findings for patient | Current |
| Counseling, unspecified <br>    counseling done regarding, Ortho consult | Current |
| Patient's noncompliance with other medical treatment and regimen <br>    twice attempted to divert gabapentin and clonazepam. | Current |

Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab  Exp: 03/09/2021  SIG: ***pill line*** Take two tablets  by mouth each day ***NOTE DOSE and STRENGTH*** ***pill line*****
**OXcarbazepine 150 MG Tab  Exp: 03/09/2021  SIG: ***pill line*** ***crush/empty*** *Float in Water* Take one tablet (150 MG) by mouth twice daily ***pill line*****
**OXcarbazepine 300 MG Tab  Exp: 03/09/2021  SIG: ***pill line*** ***crush/empty*** *Float in Water* Take one tablet (300 MG) by mouth twice daily (take with 150mg) ***pill line*****
**PARoxetine 20 MG Tab  Exp: 03/09/2021  SIG: ***pill line*** Take two tablets (40 MG) by mouth each morning *consent form on file * ***NOTE DOSE and STRENGTH*** ***pill line*****
**Spironolactone  50 MG Tab  Exp: 03/09/2021  SIG: ***pill line*** Take one and one-half (1 and 1/2) tablets (75 MG) by mouth twice daily ***pill line*****

OTCs:  Listing of all known OTCs this inmate is currently taking.
   None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 12/07/2020 | 00:00 | Clinical Encounter | Optometrist |
| 01/03/2021 | 00:00 | Chronic Care Visit | Physician 05 |
| 06/10/2021 | 00:00 | PPD Administration | Nurse |
| 11/14/2024 | 00:00 | Tdap | IDC |
| 12/09/2020 | 14:36 | Clinical Intervention - Individual Therapy | Dorsey, Katie PsyD |

Non-Medication Orders:
   No Data Found

Active Alerts:

| Start Date | Alert | Stop Date | Comments |
|---|---|---|---|
| 04/09/2019 | Diversion of Medication | | Late entry: CD stopped Wellbutrin last week for 3 undetectable blood levels over several months. Diversion. gabapentin and clonazepam on 9-13-18 and again on 9-14-18. |
| 09/14/2018 | Cheeks Meds | | |
| 11/07/2014 | Advance Directive | | Durable Power of Attorney for Health Care Decisions |

Consultations:
Pending Institutional Clinical Director Action
   No Data Found

Generated 12/12/2020 16:57 by Blier, Normand RN          Bureau of Prisons - VIM          Page 2 of  4

366

| Reg #:  16267-064 | Inmate Name:  PINSON, JEREMY VAUGHN |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending UR Committee Action

Consultation/Procedure Requested: Orthopedic Surgery
Subtype: Carpal tunnel release/median nerve
Priority: decompression
Location: Routine
Ordered Date: Offsite
Scheduled Target Date: 01/31/2020
Level Of Care: 03/01/2020
Medically Necessary - Non-Emergent

Reason for Request: Left carpal tunnel release recommended by orthopedic surgeon in December 2019; patient with thenar atrophy
Provisional Diagnosis: Left carpal tunnel syndrome with thenar atrophy

Consultation/Procedure Requested: Endocrinology
Subtype: Endocrinology
Priority: Routine
Location: Offsite
Ordered Date: 12/20/2019
Scheduled Target Date: 06/17/2020
Level Of Care: Medically Necessary - Non-Emergent

Reason for Request: Was seen in endocrinology clinic for management of medications.  Medication changes were recommended and have been ordered.  Recommendation for Follow up on transgender medication management with endocrine fellow.  SEND WITH MOST RECENT LABS
Provisional Diagnosis: Trangender, male to female
Gender dysphoria

Pending Regional Review Action
No Data Found

Pending Scheduling
No Data Found

Pending Consultation
No Data Found

Pending Results
No Data Found

Sickle Cell:
Sickle Cell Trait/Disease: ___No_____

Limitations/Restrictions/Diets:
Cell: lower bunk --- 01/21/2021
Cleared for Food Service: Yes
MDS Comments: Lower bunk: meets BOP guidelines.  HSA

Comments:
Covid-19 Test reported on 12/02/2020.  Result = NEGATIVE.

Allergies
No Known Allergies

Devices / Equipment
Eye Glasses

Reg #:  16267-064                    Inmate Name:  PINSON, JEREMY VAUGHN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Travel:
    Direct Travel: Yes
Travel Restrictions: None

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution: VICTORVILLE MED I FCI          Phone Number: 7602462400
    Address 1:  13777 AIR EXPRESSWAY
    Address 2:  BLVD
    City/State/Zip:
    VICTORVILLE, California 92394

Name/Title of Person Completing Form: Blier, Normand RN          Date:  12/12/2020

Inmate Name:  PINSON, JEREMY VAUGHN          Reg #:  16267-064   DOB:  02/06/1986   Sex:   M