IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY PINSON[1],

    Plaintiff,

v.

                                            Case No. 1:21-cv-185 KWR/DLM

FEDERAL BUREAU OF PRISONS, *et al.,*

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Judge Damian Martínez's Proposed Findings and Recommended Disposition ("PFRD") (Doc. 83). In that PFRD, Judge Martínez recommends that the Court dismiss the remaining claims in this case. *Id.* at 13. Judge Martínez notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id*. at 13. The deadline, with three additional days for mailing, ran on June 16, 2025. Although Defendant Matthew Hagge filed a response, he expressly did not object to the recommendation. Doc. 84 at 1. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996) (stating that failure to file objection to PFRD waives review by *both* district court and appellate court). Furthermore, even assuming Plaintiff had properly filed an objection, upon review of the PFRD under *de novo* review or the appropriate standard, the Court concurs with Judge Martínez's PFRD.

---

[1] Jeremy Pinson, also known as Grace, refers to herself using she/her pronouns. Doc. 21 at 2, 12. The Court will do the same.

2

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Martínez's Proposed Findings and Recommended Disposition (Doc. 83);

2. Defendant Matthew Hagge's Motion to Dismiss (Doc. 75) is GRANTED; and

3. The remaining claims in this case are dismissed.

      /S/ KEA W. RIGGS
UNITED STATES DISTRICT JUDGE